FILED
2023 Mar-09  AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

ELECTRONICALLY FILED
2/9/2023 4:50 PM
01-CV-2023-900497.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>01<br><br>Date of Filing:<br>02/09/2023 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### PREMIER KINGS, INC. v. LYNDON SOUTHERN INSURANCE COMPANY

**First Plaintiff:** ☑ Business  ☐ Individual       **First Defendant:** ☑ Business  ☐ Individual
                    ☐ Government  ☐ Other                          ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☑ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING          A ☐ APPEAL FROM          O ☐ OTHER
                                              DISTRICT COURT

               R ☐ REMANDED               T ☐ TRANSFERRED FROM
                                              OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO    **Note:** Checking "Yes" does not constitute a demand for a
                                                           jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**       ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
_____LEE003_____           ___2/9/2023 4:50:59 PM___           ___/s/ MARK W. LEE___
                                        Date                          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**        ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES ☐ NO

ELECTRONICALLY FILED
2/9/2023 4:50 PM
01-CV-2023-900497.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| PREMIER KINGS, INC. | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO: |
| LYNDON SOUTHERN SPECIALTY, INSURANCE COMPANY, (A) THAT PERSON, FIRM OR CORPORATION THAT PROVIDED INSURANCE TO PREMIER KINGS THAT IS THE SUBJECT OF THIS LOSS. | ) | |
| Defendant | | |

## **COMPLAINT**

1.   Premier Kings, Inc. (hereinafter referred to as Premier Kings) owned and operated a restaurant in Fultondale, Jefferson County, Alabama on and before January 25, 2021.

2.   The defendant, Lyndon Southern Specialty Insurance Company (hereinafter referred to as Lyndon Southern) is an insurance company doing business in Alabama and wrote Policy No. QSR1000076-01 with a policy period of March 29, 2020-March 29, 2021.

3.   On January 25, 2021, Central Alabama was involved within a warm sector ahead of an approaching cold front during the night of January 25, 2021. On this occasion it featured dew points and in the lower to mid-60's and surface-based instability reaching as high as 1200 j/kilograms.  Strong wind sheer was in place which, combined with instability, favored a risk for severe storms.  This system produced an EF-3 tornado with estimated maximum winds of 150 mph causing a damage path length

of 10.4 miles with a damage width of 900 yards.  The approximate start point of the
tornado was 5nnwBirmingham 33.5965/-86.8256 at 10:40 p.m. CST.  The approximate
end time was 1wsw Chalkville 33.6598/-86.6678 at 10:55 p.m. CST.

National Weather Service meteorologist surveyed damage in northern Jefferson
County from Fultondale northeastward to Center Point and determined it was a result of
a strong tornado.

The tornado began along Chapel Hills Parkway where minor shingle damage
occurred.  The tornado tracked northeastward across Ellard Road and directly over the
Walker Chapel road overpass on interstate 65.  It was at this interstate exit where the
tornado began to intensify rapidly, snapping numerous power poles and causing
substantial damage to a hotel, including Premier Kings, Inc.'s restaurant.

4.  Despite fully complying with all terms and conditions of the policy, the
defendant Lyndon Southern, has failed and refused to pay the claims due under the
policy.

**COUNT I**

**BREACH OF CONTRACT**

5.  The plaintiff adopts and realleges paragraph 1-4 as if set out and for herein.

6.  The plaintiff avers the defendant issued a policy of insurance to plaintiff for
claims that were submitted following the damage by tornado on January 25, 2021.

7.  Despite the plaintiff fully complying with all terms and conditions of the
policy, the defendant has failed and refused to fulfill its obligation under the contract of
insurance.

8.  Plaintiff claims damages against the defendant for amounts due under the
policy.

## COUNT II

## BAD FAITH

9.   The plaintiff adopts the allegations in paragraphs 1-8 as if set out in full herein.

10. The defendant has engaged in a pattern and practice of refusing, denying or delaying claims that are properly submitted by plaintiff.

11.  The defendant has a habit and practice of inventing excuses to either delay or refuse to pay claims that are justified under the policy.

12. The defendant has consistently demonstrated a propensity to put its financial interest ahead of its insured.

13. The plaintiff avers there is no debatable reason for the defendant to fail and refuse to pay the loss covered under the policy.

14. There is a proximate consequence of the bad faith actions of the defendant, that plaintiff has been caused to suffer damages.

WHEREFORE, PREMISES CONSIDERED, the plaintiff complains both compensatory and punitive damages against the defendant for its wrongful conduct.


*s*/Mark W. Lee
Mark W. Lee
Paul J. DeMarco
Attorneys for Defendant


OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway
Suite 300, Shelby Building
Birmingham, AL 35216
(205) 326-6600

(205) 324-7097
pdemarco@pljpc.com

**THE DEFENDANT DEMANDS A TRIAL BY STRUCK JURY**

s/Mark W. Lee
Mark W. Lee


**DEFENDANT TO BE SERVED BY CERTIFIED MAIL,
RETURN RECEIPT REQUESTED:**


**Lyndon Southern Insurance Company
10151 Deerwood Park Blvd.
Building 100, Suite 500
Jacksonville, FL  32256**

s/ Mark W. Lee
OF COUNSEL



AlaFile E-Notice

01-CV-2023-900497.00

To:   MARK W. LEE
       mlee@pljpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following complaint was FILED on 2/9/2023 4:51:04 PM

Notice Date:     2/9/2023 4:51:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2023-900497.00

To:   LYNDON SOUTHERN INSURANCE COMPANY
      10151 DEERWOOD PARK BLVD
      BUILDING 100, SUITE 500
      JACKSONVILLE, FL, 32256

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following complaint was FILED on 2/9/2023 4:51:04 PM

Notice Date:      2/9/2023 4:51:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2023-900497.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY

**NOTICE TO:** LYNDON SOUTHERN INSURANCE COMPANY, 10151 DEERWOOD PARK BLVD BUILDING 100, SUITE 500, JACKSONVILLE, FL 32256

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MARK W. LEE ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 661228, BIRMINGHAM, AL 35266 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PREMIER KINGS, INC. pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 02/09/2023 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ MARK W. LEE

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in County,

*(Name of Person Served)*      *(Name of County)*

Alabama on .

*(Date)*

*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*

*(Server's Printed Name)*      *(Phone Number of Server)*

ELECTRONICALLY FILED
2/10/2023 9:55 AM
01-CV-2023-900497.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

# STATE OF ALABAMA

**Unified Judicial System**

01-JEFFERSON

Revised 3/5/08

Cas

CV2

☐ District Court   ☑ Circuit Court

| PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY | **CIVIL MOTION COVER SHEET** <br> *Name of Filing Party:* C001 - PREMIER KINGS, INC. |
|---|---|

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

PAUL J. DEMARCO

POST OFFICE BOX 661228

BIRMINGHAM, AL 35266

*Attorney Bar No.:* DEM010

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $  0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☑ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed  or are filing contemoraneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)  ☐ | Date: <br> 2/10/2023 9:55:00 AM | Signature of Attorney or Party <br> /s/ PAUL J. DEMARCO |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
2/10/2023 9:55 AM
01-CV-2023-900497.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC.                     )
                                        )
   Plaintiff                        )
                                        )
v.                                      )     CIVIL ACTION NO:  01-CV-2023-900497
                                        )
LYNDON SOUTHERN SPECIALTY,              )
INSURANCE COMPANY, (A) THAT             )
PERSON, FIRM OR CORPORATION             )
THAT PROVIDED INSURANCE TO              )
PREMIER KINGS THAT IS THE               )
SUBJECT OF THIS LOSS.                   )
                                        )
   Defendant.                       )

## <u>MOTION TO WITHDRAW</u>

COMES NOW PAUL J. DEMARCO of the law firm Parsons, Lee & Juliano, P.C., and moves this Court to enter an Order granting his withdrawal as counsel for the Plaintiff, Premier Kings, Inc. Premier Kings, Inc., will continue to be represented by Mark W. Lee of Parsons, Lee & Juliano, P.C.

WHEREFORE, the undersigned pray that this Court will enter an Order granting this Motion to Withdraw as counsel of record for the Plaintiff, Premier Kings, Inc.


                     */s/ Paul J. DeMarco*
                     PAUL J. DEMARCO          (DEM010)

OF COUNSEL:
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway
Suite 300, Shelby Building
Birmingham, AL 35216
(205) 326-6600
pdemarco@pljpc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this the 10th day of February 2023, electronically filed the foregoing with the Clerk of the Court using the AlaFile E-system and will place a copy of the same forgoing in the United States mail, postage prepaid to the following:

Lyndon Southern Insurance Company
10151 Deerwood Park Blvd.
Building 100, Suite 500
Jacksonville, FL  32256


/s/ *Paul J. DeMarco*
OF COUNSEL



AlaFile E-Notice

01-CV-2023-900497.00

Judge: MARSHELL JACKSON HATCHER

To:   PAUL J. DEMARCO
      pdemarco@pljpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following matter was FILED on 2/10/2023 9:55:27 AM

**C001 PREMIER KINGS, INC.**

MOTION TO WITHDRAW

[Filer: DEMARCO PAUL JOHN]

Notice Date:     2/10/2023 9:55:27 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2023-900497.00

Judge: MARSHELL JACKSON HATCHER

To:   LYNDON SOUTHERN INSURANCE COMPANY (PRO SE)
10151 DEERWOOD PARK BLVD
BUILDING 100, SUITE 500
JACKSONVILLE, FL, 32256-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following matter was FILED on 2/10/2023 9:55:27 AM

**C001 PREMIER KINGS, INC.**

MOTION TO WITHDRAW

[Filer: DEMARCO PAUL JOHN]

Notice Date:     2/10/2023 9:55:27 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2023-900497.00

Judge: MARSHELL JACKSON HATCHER

To:  LEE MARCUS WESLEY
     mlee@pljpc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following matter was FILED on 2/10/2023 9:55:27 AM

**C001 PREMIER KINGS, INC.**

MOTION TO WITHDRAW

[Filer: DEMARCO PAUL JOHN]

Notice Date:     2/10/2023 9:55:27 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



# NOTICE TO CLERK

## REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY

01-CV-2023-900497.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $8.34

Parties to be served by Certified Mail - Return Receipt Requested

LYNDON SOUTHERN INSURANCE COMPANY                    Postage: $8.34
10151 DEERWOOD PARK BLVD
BUILDING 100, SUITE 500
JACKSONVILLE, FL 32256

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LYNDON SOUTHERN INSURANCE COMPANY
10151 DEERWOOD PARK BLVD
BUILDING 100, SUITE 500
JACKSONVILLE, FL 32256

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

SC

CV-23-900 497

9590 9402 7949 2305 3155 03

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7022 2410 0003 0069 8394

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

7022 2410 0003 0069 8394

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

ELECTRONICALLY FILED
12/16/2023 10:09 AM
01-CV-2023-900497.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| PREMIER KINGS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.:      CV-2023-900497-MJH |
| | ) | |
| LYNDON SOUTHERN INSURANCE | ) | |
| COMPANY, | ) | |
| Defendant. | ) | |

**ORDER ON MOTION TO WITHDRAW**

The Court has for consideration the MOTION TO WITHDRAW [Doc. 6] filed February 10, 2023, seeking an order allowing PAUL J. DEMARCO to withdraw as Plaintiffs' counsel of record. However, the MOTION **ADVISES** the Court Plaintiff will continue to be represented by Mark W. Lee of Parsons, Lee & Juliano, P.C..

Having considered the grounds stated therein, the Court **DETERMINES** the MOTION TO WITHDRAW is due to be and is hereby **GRANTED.**

The Circuit Clerk is hereby **ORDERED** and **DIRECTED** to remove the name of PAUL J. DEMARCO from the AlaFile record of this cause, as attorney of record for the said Plaintiff herein immediately.

**DONE this 16ᵗʰ day of February, 2023.**

**/s/ MARSHELL JACKSON HATCHER**
**CIRCUIT JUDGE**



AlaFile E-Notice

01-CV-2023-900497.00

Judge: MARSHELL JACKSON HATCHER

To:  LEE MARCUS WESLEY
mlee@pljpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following matter was FILED on 2/16/2023 10:09:07 AM

Notice Date:     2/16/2023 10:09:07 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2023-900497.00

Judge: MARSHELL JACKSON HATCHER

To:  DEMARCO PAUL JOHN
     pdemarco@pljpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following matter was FILED on 2/16/2023 10:09:07 AM

Notice Date:     2/16/2023 10:09:07 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2023-900497.00

Judge: MARSHELL JACKSON HATCHER

To:   LYNDON SOUTHERN INSURANCE COMPANY (PRO SE)
      10151 DEERWOOD PARK BLVD
      BUILDING 100, SUITE 500
      JACKSONVILLE, FL, 32256-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following matter was FILED on 2/16/2023 10:09:07 AM

Notice Date:     2/16/2023 10:09:07 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LYNDON SOUTHERN INSURANCE COMPANY

10151 DEERWOOD PARK BLVD

BUILDING 100, SUITE 500

JACKSONVILLE, FL 32256



9590 9402 7949 2305 3155 03

2. Article Number (Transfer from service label)

7022 2410 0003 0069 8394

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                          ☐ Agent
FEB 13 2023                         ☐ Addressee

B. Received by (Printed Name)    | C. Date of Delivery

Mailroom

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

We've Moved!

.9761 Deerwood Park Blvd, Ste. 200

Jacksonville, FL 32256-4830

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                     Domestic Return Receipt

**USPS TRACKING #**

_L 320

FEB 2023 PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7949 2305 3155 03

**United States
Postal Service**



* Sender: Please print your name, address, and ZIP+4® in this box*

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

**FEB 17 2023**

JACQUELINE ANDERSON SMITH
CLERK



AlaFile E-Notice

01-CV-2023-900497.00

Judge: MARSHELL JACKSON HATCHER

To:  LEE MARCUS WESLEY
mlee@pljpc.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following matter was served on 2/13/2023

**D001 LYNDON SOUTHERN INSURANCE COMPANY**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2023-900497.00

Judge: MARSHELL JACKSON HATCHER

To: DEMARCO PAUL JOHN
    pdemarco@pljpc.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PREMIER KINGS, INC. V. LYNDON SOUTHERN INSURANCE COMPANY
01-CV-2023-900497.00

The following matter was served on 2/13/2023

**D001 LYNDON SOUTHERN INSURANCE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov