# Exhibit 2

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| PREMIER KINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: 01-CV-2023-900497 |
| ) | |
| LYNDON SOUTHERN SPECIALTY ) | |
| INSURANCE COMPANY, (A) THAT ) | |
| PERSON, FIRM OR CORPORATION ) | |
| THAT PROVIDED INSURANCE TO ) | |
| PREMIER KINGS THAT IS THE ) | |
| SUBJECT OF THIS LOSS, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

Please take notice that Defendant, Lyndon Southern Insurance Company, has filed a Notice of Removal in the United States District Court for the Northern District of Alabama, removing the above-styled cause from this Court to said District Court. A copy of the Notice of Removal, without its referenced exhibits, is attached hereto as **Exhibit A**.

/s/ *Andrew P. Walsh*
Andrew P. Walsh (WAL170)

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
1500 Urban Center Dr., Ste. 450
Birmingham, AL 35242
(205)709-8990 Telephone
(205)709-8979 Facsimile
Andy.Walsh@wilsonelser.com
*Attorney for Defendant Lyndon Southern Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 8th day of March, 2023, I filed the foregoing document via the Court's AlaFile System, which will provide electronic notification to the following counsel of record:

Mark W. Lee
PARSONS LEE & JULIANO, PC
600 Vestavia Parkway
Suite 300, Shelby Building
Birmingham, AL 35216
mlee@pljpc.com
*Attorneys for Plaintiff*

                                                           /s/ *Andrew P. Walsh*
                                                           Andrew P. Walsh